1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10  JOHN MICHAEL DAVID RAMSDEN,

11          Petitioner,                    No. CIV S-07-1159 MCE EFB P

12  vs.

13  STATE OF CALIFORNIA, et al.

14          Respondents.          <u>ORDER</u>

15  _____/

16          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

17  corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.

18          Examination of the in forma pauperis affidavit reveals that petitioner is unable to afford

19  the costs of suit.  Accordingly, the request for leave to proceed in forma pauperis is granted.  *See*

20  28 U.S.C. § 1915(a).

21          "A petitioner for habeas corpus relief must name the state officer having custody of him

22  or her as the respondent to the petition."  *Stanley v. California Supreme Court*, 21 F.3d 359, 360

23  (9th Cir. 1994) (citing Rule 2(a), 28 U.S.C. foll. § 2254).  Petitioner has named the State of

24  California and Shasta County as respondents in this action.  These entities are not the proper

25  respondents in this action.  Accordingly, the instant petition must be dismissed with leave to

26  amend.  *See Stanley*, 21 F.3d at 360.

1

1    In accordance with the above, IT IS HEREBY ORDERED that:

2    1. Petitioner's request to proceed in forma pauperis is granted;

3    2. Petitioner's application for writ of habeas corpus is dismissed with leave to file an

4  amended petition within thirty days from the date of this order.  Failure to timely file an

5  amended petition will result in a recommendation that this action be dismissed;

6    3. Any amended petition must be filed on the form employed by this court, must name

7  the proper respondent, and must state all claims and prayers for relief on the form.  It must bear

8  the case number assigned to this action and must bear the title "Amended Petition"; and

9    4. The Clerk of the Court is directed to send petitioner the form for habeas corpus

10  application.

11  DATED:  July 16, 2007.

12                                                EDMUND F. BRENNAN
                                                  UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26