IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN MICHAEL DAVID RAMSDEN,

    Petitioner,                   No. CIV S-07-1159 MCE EFB P

    vs.

STATE OF CALIFORNIA, et al.

    Respondents.              ORDER

_____/

    Petitioner, a state prisoner proceeding pro se and *in forma pauperis*, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On July 17, 2007, the court dismissed the petition with leave to amend for petitioner's failure to name the proper respondent. On August 16, 2007, petitioner filed an amended petition.

    A petitioner seeking a writ of habeas corpus must name as respondent the person having custody over him. 28 U.S.C. § 2242; Rule 2(a), Rules Governing Section 2254 Cases. This person ordinarily is the warden of the facility where petitioner is confined. *See Stanley v. California Supreme Court*, 21 F.3d 359, 360 (9th Cir. 1994). Petitioner names as respondent the California Supreme Court, which does not have custody over petitioner. The sole proper respondent to a habeas petition is the warden of the facility in which petitioner is being held. *Rumsfeld v. Padilla*, 542 U.S. 426, 434-35 (2004) ("in habeas challenges to present physical

1

1 confinement the proper respondent is the warden of the facility where the prisoner is being
2 held."). Petitioner has not named the proper respondent.
3     In accordance with the above, IT IS HEREBY ORDERED that:
4     1. Petitioner's application for writ of habeas corpus is dismissed with leave to file an
5 amended petition within thirty days from the date of this order;
6     2. Any amended petition must be filed on the form employed by this court, must name
7 the proper respondent, and must state all claims and prayers for relief on the form. It must bear
8 the case number assigned to this action and must bear the title "Amended Petition";
9     3. The Clerk of the Court is directed to send petitioner the form for habeas corpus
10 application; and
11     4. Failure to timely file the amended petition will result in a recommendation that this
12 action be dismissed.
13 DATED: June 11, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE